UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 24-24380-CV-WILLIAMS

CHANEL, INC.,

    Plaintiff,

v.

THE INDIVIDUALS, BUSINESS ENTITIES,
AND UNINCORPORATED ASSOCIATIONS
IDENTIFIED ON SCHEDULE "A,"

    Defendants.
_____/

## ORDER

**THIS MATTER** is before the Court on Magistrate Judge Jonathan Goodman's Report and Recommendation ("***Report***") (DE 29) on Plaintiff's Motion for Entry of a Preliminary Injunction (DE 9) ("***Motion***"). In the Report, Judge Goodman recommends that the Court grant Plaintiff's Motion. (DE 29 at 2, 13.) Specifically, Judge Goodman finds that "Plaintiff has successfully met each of the necessary elements for a preliminary injunction." (*Id.* at 11.) No objections were filed to the Report, and the time to do so has passed.

Upon a careful review of the Report, the Motion, the record, and applicable law, it is **ORDERED AND ADJUDGED** as follows:

1. Judge Goodman's Report and Recommendation (DE 29) is **AFFIRMED AND ADOPTED.**

2. Plaintiff's Motion (DE 9), as it pertains to the requested Preliminary Injunction, is **GRANTED.** A Preliminary Injunction is **ENTERED** against Defendants identified on Schedule "A" as follows:

(1) Each Defendant, its officers, directors, employees, agents, subsidiaries, distributors, and all persons in active concert or participation with any Defendant having notice of this Order are hereby enjoined and restrained until further order of the Court as follows:

    a. From manufacturing, importing, advertising, promoting, offering to sell, selling, distributing, or transferring any products bearing and/or using the Chanel Marks, or any confusingly similar trademarks, other than those actually manufactured or distributed by Plaintiff; and

    b. From secreting, concealing, destroying, selling off, transferring, or otherwise disposing of: (i) any products, not manufactured or distributed by the Plaintiff, bearing and/or using the Chanel Marks, or any confusingly similar trademarks; (ii) any evidence relating to the manufacture, importation, sale, offer for sale, distribution, or transfer of any products bearing and/or using the Chanel Marks, or any confusingly similar trademarks; or (iii) any assets or other financial accounts subject to this Order, including inventory assets, in the actual or constructive possession of, or owned, controlled, or held by, or subject to access by, any Defendant, including, but not limited to, any assets held by or on behalf of any Defendant.

(2) Each Defendant, its officers, directors, employees, agents, subsidiaries, distributors, and all persons in active concert or participation with any Defendant having notice of this Order shall immediately discontinue, until further Order of this Court, the use of the Chanel Marks, or any confusingly similar trademarks, on or in connection with all e-commerce stores owned and operated, or controlled by them, including the e-commerce stores operating under the E-commerce Store Names;

(3) Each Defendant, its officers, directors, employees, agents, subsidiaries, distributors, and all persons in active concert or participation with any Defendant having notice of this Order shall immediately discontinue, until further Order of this Court, the use of the Chanel Marks, or any confusingly similar trademarks on e-commerce marketplace platforms, within domain name extensions, metatags or other markers within website

source code, from use on any webpage (including as the title of any web page), from any advertising links to other websites, from search engines' databases or cache memory, and any other form of use of such terms that are visible to a computer user or serves to direct computer searches to e-commerce stores registered, owned, or operated by any Defendant, including the e-commerce stores operating under the E-commerce Store Names;

(4)     Each Defendant shall continue to preserve copies of all computer files relating to the use of any of the E-commerce Store Names and shall take all steps necessary to retrieve computer files relating to the use of the e-commerce stores operating under the E-commerce Store Names that may have been deleted before the entry of this Order;

(5)     Upon receipt of notice of this Order, Defendants and all financial institutions, payment processors, banks, escrow services, money transmitters, or marketplace platforms, including but not limited to, PayPal, Inc. ("**PayPal**"), and their related companies and affiliates shall immediately, to the extent not already done, (i) identify all financial accounts and/or sub-accounts, associated with the Internet based e-commerce stores operating under the E-commerce Store Names, financial accounts, WhatsApp telephone numbers, and/or the e-mail addresses identified on Schedule "A" attached here, as well as any other related accounts of the same customer(s); (ii) identify all other accounts which transfer funds into the same financial institution account(s) or any of the other financial accounts subject to this Order; (iii) restrain the transfer of all funds, as opposed to ongoing account activity, held or received for their benefit or to be transferred into their respective financial accounts, and any other financial accounts tied thereto; and (iv) divert those restrained funds to a holding account for the trust of the Court;

(6) Upon receipt of notice of this Order, Defendants and all financial institutions, payment processors, banks, escrow services, money transmitters, or marketplace platforms, including but not limited to, PayPal, and their related companies and affiliates, shall further, to the extent not already done, provide Plaintiff's counsel with all data that details (i) an accounting of the total funds restrained and identify the financial account(s) and sub-account(s) which the restrained funds are related to, and (ii) the account transactions related to all funds transmitted into the financial account(s) and sub-account(s) which have been restrained. No funds restrained by this Order shall be transferred or surrendered by any financial institution, payment processor, bank, escrow service, money transmitter, or marketplace website, including but not limited to, PayPal, and their related companies and affiliates, for any purpose (other than pursuant to a purchase refund chargeback made by a consumer) without the express authorization of this Court;

(7) Any Defendant or financial institution account holder subject to this Order may petition the Court to modify the asset restraint set out in this Order;

(8) This Order shall apply to the E-commerce Store Names, associated e-commerce stores, private messaging accounts, and financial accounts, and any other e-commerce store names, seller identification names, private messaging accounts, or financial accounts which are being used by Defendants for the purpose of counterfeiting the Chanel Marks and/or unfairly competing with Plaintiff;

(9) As a matter of law, this Order shall no longer apply to any Defendant or associated e-commerce store name dismissed from this action or as to which Plaintiff has withdrawn its request for a preliminary injunction;

(10) Pursuant to 15 U.S.C. § 1116(d)(5)(D) and Federal Rule of Civil Procedure 65(c), Plaintiff shall maintain its previously posted bond in the amount of Ten Thousand Dollars and Zero Cents ($10,000.00), as payment of damages to which Defendants may be entitled for a wrongful injunction or restraint, during the pendency of this action, or until further Order of the Court. In the Court's discretion, the bond may be subject to increase should an application be made in the interest of justice;

(11) Additionally, for the purpose of providing additional notice of this proceeding, and all other pleadings, orders, and documents filed herein, the owners, operators and/or administrators of the e-commerce stores, messaging services, and/or financial institutions, payment processors, banks, escrow services, money transmitters, and marketplace platforms, including but not limited to PayPal, and their related companies and affiliates shall, at Plaintiff's request, provide Plaintiff's counsel with any e-mail address(es) known to be associated with Defendants' respective E-commerce Store Names;

(12) This Order shall remain in effect during the pendency of this action, or until such further date as set by the Court or stipulated by the parties.

**DONE AND ORDERED** in Chambers in Miami, Florida, on this 2nd day of January, 2025.

KATHLEEN M. WILLIAMS
UNITED STATES DISTRICT JUDGE

## SCHEDULE "A"
## DEFENDANTS BY NUMBER, E-COMMERCE STORE NAME, FINANCIAL ACCOUNT INFORMATION, AND MEANS OF CONTACT

| Def. No. | Defendant / E-commerce Store Name | Financial Account | Means of Contact | Storefront / Social Media URL |
|---|---|---|---|---|
| 1 | mielt | ketuansuni01@163.com bida5968825@163.com | whatsapp+63 995 748 3447 | |
| | Mark o | ketuansuni01@163.com zunheiwas493@163.com | whatsapp+44 7863 768030 | |
| | xiaoming a/k/a macc.ygshoes188.com | wangding19711227@163.com zunheiwas493@163.com | whatsapp+63 906 425 9388 | macc.ygshoes188.com |
| | Gfuhh a/k/a jinshidai0 | wangding19711227@163.com | whatsapp+63 906 425 9364 | jinshidai0.x.yupoo.com |
| | liuzhe | zunheiwas493@163.com yudf472@163.com | whatsapp+63 966 325 9129 | |
| 2 | Top quality of jewelry | yideyi19714p@163.com | whatsapp+63 916 633 9260 | |
| | Kiomara Serrata | yideyi19714p@163.com wm0159030@hotmail.com | whatsapp+63 966 325 9233 | |
| | Oriental selection | zl9646425@hotmail.com wm0159030@hotmail.com huishusll51@163.com | whatsapp+63 945 260 4991 | |
| 3 | AL. | ycw6623@163.com | whatsapp+86 137 8733 0616 | |
| | Carol | ycw6623@163.com 2287347170@qq.com | whatsapp+86 173 7047 2836 | |
| 4 | Elva a/k/a macc.ygshoes188.com | zhagaga2022@163.com | whatsapp+852 5960 0275 | macc.ygshoes188.com |
| | Elva | zhagaga2022@163.com 3578314113@qq.com | whatsapp+852 9700 6423 | |
| 5 | Haohan a/k/a acc.ygshoes188.com | time0510@yeah.net | whatsapp+63 945 879 1453 | acc.ygshoes188.com |
| | LiMing a/k/a jewelry-1688 | time0510@yeah.net | whatsapp+63 945 879 1395 | jewelry-1688.x.yupoo.com |
| 6 | Well Soles a/k/a macc.ygshoes188.com | Vancele2022@gmail.com | whatsapp+84 79 361 8442 | macc.ygshoes188.com |
| | Wellsoles a/k/a acc.ygshoes188.com | Vancele2022@gmail.com | whatsapp+84 35 244 4727 | acc.ygshoes188.com |
| 7 | A luxury supermarket. a/k/a baiyangpu | zhaogangtao13@163.com | whatsapp+852 5238 9135 | baiyangpu.x.yupoo.com |

| | | | | |
|---|---|---|---|---|
| 8 | Aaliyah<br>a/k/a 351164 | xyy866882021@163.com | whatsapp+86 171 1038 6760 | 351164.x.yupoo.com |
| 9 | aibi | linp6718@163.com | whatsapp+63 967 012 3230 | |
| 10 | Ailis<br>a/k/a acc.ygshoes188.com | xm15006076537@outlook.com | whatsapp+86 181 5087 5638 | acc.ygshoes188.com |
| 11 | Alanna | wmfpsk@163.com<br>binbaolu2@163.com | whatsapp+852 4637 1877 | **xcimg.szwego.com** |
| 12 | Amy vi<br>a/k/a Goodshopping<br>a/k/a macc.ygshoes188.com | xw18555@163.com | whatsapp+86 152 6095 8327 | macc.ygshoes188.com |
| 13 | Amy-Sneaker-Clothes-Bag | mny2023@163.com | whatsapp+86 139 5076 0138 | |
| 14 | Angelina | yingmaoxu@gmail.com | whatsapp+86 170 0668 0281 | |
| 15 | Angie | yeyong1991@hotmail.com | whatsapp+86 165 8307 2729 | |
| 16 | Anna<br>a/k/a mbags.qiqiyg.com | 511469050@qq.com | whatsapp+86 137 9901 6691<br>763888464@qq.com | mbags.qiqiyg.com |
| 17 | Annie (Mix xluxury)<br>a/k/a mixluxury | m15586558655@163.com | whatsapp+86 181 7162 6266 | mixluxury.x.yupoo.com |
| 18 | Aurora<br>a/k/a hzh890 | ltl112@outlook.com | whatsapp+852 6079 2261 | hzh890.x.yupoo.com |
| 19 | bag | ud3312000@hotmail.com | whatsapp+63 967 015 8814 | |
| 20 | balishijia | luren14350172@163.com | whatsapp+63 966 325 9177 | |
| 21 | Big Q | xu1355346055@163.com | whatsapp+86 182 0102 6633 | |
| 22 | Brand wholesaler low price<br>a/k/a jinshidai0 | xiaoji196511aq@163.com<br>chouxinzhifei17@163.com<br>xiangcisai34667pgf@163.com | whatsapp+63 945 831 5695 | jinshidai0.x.yupoo.com |
| 23 | dabai | yinglu459@163.com | whatsapp+44 7366 110820 | |
| 24 | Designer Jewelry | libertygifts@liberty-gifts.com | whatsapp+86 135 3423 6539<br>Sell@dazgirl.shop | |
| 25 | *DISMISSED* | | | |
| 26 | Ex factory price | liaoq82830164@163.com | whatsapp+63 956 043 5748 | |

| | | | | |
|---|---|---|---|---|
| 27 | Factory-Hua a/k/a macc.ygshoes188.com | zhengxin589@163.com | whatsapp+86 181 5902 2019 | macc.ygshoes188.com |
| 28 | Famous brand clothing a/k/a hzl1234566 | WDB15838465624@163.com | whatsapp+1 (828) 266-6984 | hzl1234566.x.yupoo.com |
| 29 | Funn | lunpa555@163.com | whatsapp+63 967 016 2918 | |
| 30 | ggvgghh a/k/a jinshidai0 | zharkomiassag@hotmail.com | whatsapp+639755803049 | jinshidai0.x.yupoo.com |
| 31 | Ginbgy1 | yt5090672@hotmail.com | whatsapp+63 906 425 9353 | |
| 32 | gjzjxh | zhaochaoyan112@163.com | whatsapp+852 9545 5791 | |
| 33 | gouzei | xian02269216@163.com | whatsapp+63 945 481 2187 | |
| 34 | Heyh a/k/a jinshidai0 | tuti2592582@163.com | whatsapp+63 906 425 9377 | jinshidai0.x.yupoo.com |
| 35 | huahua | menlz33962@163.com | whatsapp+63 962 653 5957 | |
| 36 | Unknown a/k/a Kong Kong | minbsj966@163.com | whatsapp+86 181 2148 4834 | |
| 37 | jiaowoya | zhiy9048402@163.com | whatsapp+63 945 481 2176 | |
| 38 | jingji a/k/a jinshidai0 | yaban19982tys@163.com | whatsapp+63 995 748 3510 | jinshidai0.x.yupoo.com |
| 39 | JSL-Jahen | 57475495@qq.com yousalegood@sina.com | whatsapp+86 180 5059 7582 | a2018031001032658234.szwego.com |
| 40 | laolishi | tunbi3335317@163.com | whatsapp+63 906 425 9342 | |
| 41 | Li Jiaqi | meihuangtr8@163.com | whatsapp+63 967 016 2938 | |
| 42 | Li sha de Wu a/k/a mingpinmaoyi | yuxianmie451755908@163.com | whatsapp+63 967 436 2113 | mingpinmaoyi.x.yupoo.com |
| 43 | Lillian | xydsb11@outlook.com | whatsapp+852 9707 7175 | |
| 44 | Lin xiuxiu | MM996677@outlook.com | whatsapp+86 157 5936 8451 | |
| 45 | Lucy a/k/a acc.ygshoes188.com | xll1688520@qq.com | whatsapp+86 187 5931 4332 | acc.ygshoes188.com |
| 46 | Luxury company | menhhv5@163.com | whatsapp+44 7735 715174 | |
| 47 | Luxury store | zqw1665@163.com | whatsapp+86 135 3498 1665 | |
| 48 | Xiao niweiya a/k/a macc.ygshoes188.com | xiaoyaxuan113@163.com | whatsapp+44 7411 501655 | macc.ygshoes188.com |

| # | Name | Email | WhatsApp | Website |
|---|---|---|---|---|
| 49 | mali | zixinche553@163.com | whatsapp+44 7594 801617 | |
| 50 | Masa_Sherry | lsl1995222@gmail.com | whatsapp+86 177 7911 2234 | |
| 51 | Miaojie wholesale a/k/a Mr Rodi Alhaj Limited | mujiu428168hnied@126.com | whatsapp+63 945 832 7168 | |
| 52 | mingpaibao | wentupa29443@163.com | whatsapp+63 967 016 1460 | |
| 53 | mingzhe | jiong656434@163.com | whatsapp+63 945 687 9803 | |
| 54 | Miss-Lin a/k/a macc.ygshoes188.com | TKK488688@outlook.com | whatsapp+86 151 6025 6593 | macc.ygshoes188.com |
| 55 | Monica a/k/a macc.ygshoes188.com | dagu778899@outlook.com | whatsapp+86 186 5946 3101 | macc.ygshoes188.com |
| 56 | Nancy zhan a/k/a Qghsjk | YonghuiYan1977@outlook.com never01259@outlook.com | whatsapp+86 177 6244 0083 | |
| 57 | *DISMISSED* | | | |
| 58 | Nik a/k/a ygshoes188.com | show315@qq.com | whatsapp+86 189 0593 0339 | ygshoes188.com |
| 59 | Nini a/k/a macc.ygshoes188.com | onynewshoes@163.com happynewshoes2014@163.com | whatsapp+852 5191 8873 | macc.ygshoes188.com |
| 60 | ogenw | skvhbhyfqo68@hotmail.com | whatsapp+63 956 528 7338 | |
| 61 | ORIGINAL a/k/a acc.ygshoes188.com | hrp741852@gmail.com | whatsapp+86 19559597781 | acc.ygshoes188.com |
| 62 | overseas shopping representative | xiwanj2@163.com | whatsapp+63 962 653 6419 | |
| 63 | Paoxie | koycdpy@hotmail.com ehvhhgnllr@hotmail.com | whatsapp+63 954 149 4842 | |
| 64 | pong a/k/a acc.ygshoes188.com | seilaaiouazt@hotmail.com bakutgelora9@hotmail.com | whastapp+63 977 088 4327 | acc.ygshoes188.com |
| 65 | qiao'dan | lianmengq7120@163.com | whatspp+63 966 325 9080 | |
| 66 | qidaiq | xianduir2@163.com | whatsapp+63 956 528 7339 | |
| 67 | qiner | zuofantu1965123p@163.com | whatsapp+63 945 687 9762 | |
| 68 | Replica watch | modonghao1998@163.com | whatsapp+86 158 0203 0767 | |
| 69 | Riley | xiexiaojie1217@163.com | whatsapp+852 4674 3285 | |

| | | | | |
|---|---|---|---|---|
| 70 | Shen | zhu6962252281548@163.com | whatsapp+44 7312 037766 | |
| 71 | shenjianf | zhuan515258@163.com | whatsapp+63 927 142 7058 | |
| 72 | shijia | mengcj51@163.com | whastapp+63 967 016 1458 | |
| 73 | Sincere business | ww889955@outlook.com | whatsapp+86 158 6003 3745 | |
| 74 | Tina a/k/a newestfashionluxury | tingwang0405@gmail.com | whatsapp+86 173 7010 6271 | newestfashionluxury.x.yupoo.com |
| 75 | tlabiru | luanwtk9502@163.com | whatsapp+63 916 633 8220 | |
| 76 | Tom a/k/a mbags.qiqiyg.com | xx19245211@qq.com | whatsapp+86 172 6846 4376 | mbags.qiqiyg.com |
| 77 | Top | mh03122023@163.com | whatsapp+63 967 015 4867 | |
| 78 | Top quality | yongod19@163.com | whatsapp+63 916 633 9264 | |
| 79 | Unknown a/k/a macc.ygshoes188.com | wangrong990@outlook.com | whatsapp+86 182 7181 6571 | macc.ygshoes188.com |
| 80 | Uoyang | xiango0863@163.com | whatsapp+63 977 088 4354 | |
| 81 | uyekj | xiex824411@163.com | whatsapp+63 945 790 9343 | |
| 82 | Wan'er a/k/a gyfz | yuedu3366@163.com | whatsapp+1 (940) 286-9318 | gyfz.x.yupoo.com |
| 83 | Werasai a/k/a macc.ygshoes188.com | x9188028@163.com | whatsapp+44 7309 925917 | macc.ygshoes188.com |
| 84 | xiezi | piyqz9131@163.com wanat90@163.com zuoaxi446@163.com | whatsapp+63 954 149 4801 | |
| 85 | xin a/k/a jinshidai0 | zlatanbeykozx@hotmail.com | whatsapp+63 945 832 1166 | jinshidai0.x.yupoo.com |
| 86 | Yf a/k/a buy.yu2010.xyz | zx18679797279@yeah.net | whatsapp+86 133 5680 0251 | buy.yu2010.xyz |
| 87 | YMDD | ymdd1688@gmail.com | whatsapp+86 180 5953 9383 | |
| 88 | youtian | zhidanq422@163.com | whatsapp+63 956 976 9486 | |
| 89 | Luxury factory a/k/a gyfz | xanssfrrnqwb@hotmail.com | whatsapp+1 (608) 360-8880 | gyfz.x.yupoo.com |
| 90 | zaoa | zhang85749975@163.com | whatsapp+63 945 480 8813 | |

| 91 | zhensh | yesf21101@163.com | whatsapp+63 945 832 7213 | |
| 92 | 夏曼(Charman) | wangjianyuan003@163.com | whatsapp+852 46842850 | |
| 93 | 妍希(Nozomi) | xiebaozhu1211@163.com | whatsapp+852 5486 6689 | |
| 94 | 婷婷(Tingting) | xieyouneng08@163.com | whatsapp+86 181 6099 7930 | |
| 95 | 玲珑 (exquisite) | xiebinyan@aliyun.com | whatsapp+86 170 2355 0106 | |